**No. 49488.**—Protests 107926–K, etc., of Browne Vintners Co., Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49489.**—Protests 979969–G, etc., of Adolph Goldmark & Sons Corp. et al. (Boston, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

JUNE 12, 1944

**No. 49490.**—SUIT 4466.— —*A. D. Cohen Co., Inc.* v. *United States.* Abstract 48856 affirmed (April 27, 1944). C. A. D. 278.

JUNE 13, 1944

**No. 49491.**—SUIT 4473.— *United States* v. *Gondrand Shipping Co., Inc.* Reap. Dec. 5970. Appeal dismissed April 25, 1944.

BEFORE THE FIRST DIVISION, JUNE 14, 1944

**No. 49492.**—Protests 94434–K, etc., of Albert Burki et al. (Los Angeles, etc.).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49493.**—Protests 103651–K, etc., of International Paint Co. et al. (New York).

Opinion by COLE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 14, 1944

**No. 49494.**—Protest 914126–G of Armand Schwab & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel that the hats in question are the same as those involved in Abstract 47291 the protest was sustained to this extent.